# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:01-CR-00228-RLH-LRL |
| vs. | ) | **O R D E R** |
| | ) | (Petition For An Order To Set Time, |
| JAMES THOMAS JOHNSON, | ) | Method of Payment–#80) |
| Defendant. | ) | |

Before the Court is Defendant's **Petition For An Order To Set Time, Method of Payment, and Adjustment of the Fine to Include Payments in Installments, Pursuant 18 U.S.C. §3572(d)(3) and Formal Notice of Material Financial Change** (#80, filed July 23, 2013) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Petition For An Order To Set Time, Method of Payment, and Adjustment of the Fine to Include Payments in Installments, Pursuant 18 U.S.C. §3572(d)(3) and Formal Notice of Material Financial Change** (#80) is hereby REFERRED to the UNITED STATES ATTORNEY for a response <u>within forty-five (45) days of the entry</u> this Order. Defendant <u>will then have fifteen (15) days thereafter</u> to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED: July 24, 2013.

_____
**Roger L. Hunt
United States District Judge**